# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

SEGUNDO G ARANA A/K/A SEGUNDO ARANA

CASE NO. 6:09-BK-07700-KSJ
CHAPTER 13

Debtor(s)

_____/

## ORDER GRANTING AMENDED JOINT MOTION TO VACATE ORDER GRANTING MOTION TO STRIKE CLAIM NO. 1 OF STRATEGIC RECOVERY

THIS CAUSE came on for consideration by agreement for the parties, upon the Creditors', ACQURA LOAN SERVICES as servicer for Deutsche Bank National Trust Company, as trustee (not in its individual capacity but solely as trustee), in trust for registered Holders of VCM Trust Series 2009-1 ("Movant"), Amended Joint Motion to Vacate Order Granting Motion to Strike Claim No. 1 of Strategic Recovery [D.E. NO. 102]. The Court being fully advised in the premises finds that said motion is meritorious. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Creditors' Joint Motion to Vacate Order Granting Motion to Strike Claim No. 1 of Strategic Recovery [D.E. NO. 102] is hereby granted.

2. The Order Granting Motion to Strike Claim No. 1 of Strategic Recovery entered on October 31, 2011 [D.E 73], is hereby set aside.

3. The Note and Mortgage shall be fully reinstated to its fully secured status, subject to the modification terms set forth below.

4. The Note and Mortgage shall be modified as follows:

　　i. The Principal Balance shall be reduced to an amount of ONE HUNDRED AND FIFTEEN THOUSAND AND 00/100 DOLLARS ($115,000.00), at a reduced fixed interest rate of 4%.

　　ii. The Debtor shall pay the estimated escrow advance in the amount of $19,841.64 which shall be added into the reduced principle amount of $115,000.00, totaling $134,841.64.

　　iii. The Creditor shall perform an escrow analysis within thirty (30) days from the date of Order granting this Motion to advise Debtor of what increased payment, if any, is due for escrowed taxes and insurance, subject to an insurance exception listed in subsection (vi) of this Agreed Order.

　　iv. The balance shall be extended to and paid over equal monthly installments over a 30 year period. No balloon payment shall be required. No pre-payment penalty shall be assessed.

　　v. Creditor shall have a Recapture for a period of fifteen (15) years from the date of entry of this Order, on any equity in the real property that Debtors would receive in the event they were to sell the property without first making full payment to Creditor. The Recapture would be in the amount of $25,000.00, and would be deemed enforceable in the event Debtors sought to pay Creditor any remaining amounts owed at the time of or part of sale closing.

    vi.    Debtors will be allowed to obtain their own homeowner's insurance provided that it complies with the terms of the Note and Mortgage. Proof of insurance must be provided to the Creditor within fourteen (14) days.

    vii.    The Parties agree that they will execute any and all reasonable documentation to memorialize this modification.

    viii.    The Court will retain jurisdiction to enforce the terms of this modification.

DONE AND ORDERED in Orlando, Florida on August 9, 2012.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:

VANTIUM REO CAPITAL MARKETS, LP
c/o Steve D. Tran, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

SEGUNDO G ARANA SEGUNDO ARANA
587 KILIMANJARO DR
KISSIMMEE, FL 34758

DENNISE HERNANDEZ-GRUBER, ESQUIRE
419 N MAGNOLIA AVE
ORLANDO, FL 32801

LAURIE K. WEATHERFORD, TRUSTEE
P.O. BOX 3450
WINTER PARK, FL 32790